| **Information to identify the case:** | |
|---|---|
| Debtor 1: Jones Diversity, Inc.<br>First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _<br>EIN  47–3113049 |
| Debtor 2 (Spouse, if filing):<br>First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of New York | |
| Case number:  1–22–42698–jmm | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Jil Mazer–Marino<br>
United States Bankruptcy Judge

Dated: October 4, 2024

**BLfnld7** [Final Decree 7 rev 12/01/15]